# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NAYLOR, | 1:11cv00946 DLB PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT |
| SUSAN HUBBARD, et al., | (Document 9) |
| Defendants. | |

Plaintiff Jerry Naylor ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on June 10, 2011.

On June 27, 2011, Plaintiff filed a motion for leave to file an amended complaint. The Court disregarded the motion on July 11, 2011, explaining that Plaintiff could file one amended complaint without seeking leave of Court. Plaintiff was ordered to file an amended complaint by August 15, 2011.

On July 29, 2011, Plaintiff filed his first amended complaint along with another motion to amend. Plaintiff seeks to add "clearer" facts, change a named Defendant, add exhibits and lower the amount of requested damages. It appears, however, that the requested changes were made in the first amended complaint. Accordingly, Plaintiff's motion is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **January 31, 2012**           /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1