# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NAYLOR, | 1:11cv0946 DLB PC |
| Plaintiff, | ORDER REQUIRING STATUS UPDATE WITHIN 30 DAYS |
| v. | |
| SUSAN HUBBARD et al., | ORDER DIRECTING CLERK TO SERVE THIS ORDER ELECTRONICALLY ON DEPUTY ATTORNEY GENERAL KASEY E. JONES |
| Defendants. | |

Plaintiff Jerry Naylor ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on June 10, 2011. He filed a First Amended Complaint on July 29, 2011.

Plaintiff alleges a due process violation based on Defendants' failure to reissue and rehear a Rules Violation Report ("RVR"). According to the First Amended Complaint, a modification order was issued at the Second Level Response advising Defendant K. Comaites to reissue and rehear the RVR based on due process violations. Exhibit C, attached to First Amended Complaint.

Plaintiff also alleges that he filed a petition for writ of habeas corpus in Kern County Superior Court after he exhausted his administrative remedies. On informal response, Deputy Attorney General Kasey E. Jones represented to the Kern County Superior Court that "prison officials agreed to reissue and rehear the prison disciplinary" action. Exhibit E, attached to First Amended Complaint. On February 22, 2011, Judge James LaPorte dismissed the petition as

1

moot and ordered Plaintiff to resubmit his original inmate appeal so that the RVR could be reissued and reheard as originally instructed. Exhibit E, attached to First Amended Complaint.

Several months have passed since the filing of the First Amended Complaint and the Court finds that a status update is necessary prior to screening the complaint. Accordingly, PLAINTIFF and DEPUTY ATTORNEY GENERAL JONES are ORDERED to provide a status update to the Court addressing the status of the rehearing within thirty (30) days of the date of service of this order.

The Clerk of Court is DIRECTED to SERVE this order electronically on Deputy Attorney General Jones.

IT IS SO ORDERED.

Dated: **February 1, 2012**        **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

2